UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARISOL MALDONADO,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------------X

3/9/2021

19 **CIVIL** 3319 (GWG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated March 9, 2021, the Commissioner's motion is denied, and Maldonado's motion is granted. In sum, the ALJ should develop the record further in the manner indicated. The ALJ is free to develop the record in any other manner that the ALJ may deem helpful in addressing the issue of Maldonado's impairments. For the foregoing reasons, Maldonado's motion for judgment on the pleadings is granted, and the Commissioner's motion for judgment on the pleadings is denied. The matter is remanded for further proceedings.

**Dated:** New York, New York
         March 9, 2021

                                                RUBY J. KRAJICK

                                                Clerk of Court

                         BY:

                                                  Deputy Clerk